**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6561**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

         v.

WILLIAM M. JACKSON BAILEY,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   James P. Jones, Chief
District Judge.  (5:98-cr-30001-JPJ-2)

Submitted: July 31, 2008          Decided:  August 8, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William M. Jackson Bailey, Appellant Pro Se.  Jean Barrett Hudson,
Assistant  United  States  Attorney,  Ray  Burton  Fitzgerald,  Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William M. Jackson Bailey appeals from the district court's orders denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000), and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Bailey</u>, No. 5:98-cr-30001-JPJ-2 (W.D. Va. filed Mar. 13, 2008 & entered Mar. 14, 2008; Apr. 14, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>